

**SIGNED THIS 17th day of December, 2018**

_Rebecca B. Connelly_
Rebecca B. Connelly
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.**

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA

**IN RE:  Karen Lanette Wright**              **CHAPTER 13**
                                              **CASE NO.  17-61467**

## O R D E R

This matter came upon the confirmation hearing on debtor(s)' proposed Chapter 13 plan and any objections thereto, and the trustee's motion to dismiss or convert. It appearing to the court that the debtor(s)' plan is not ready for confirmation, it is hereby

**ORDERED:**

1. _X_____     The hearings on the confirmation of debtor(s)' proposed Chapter 13 plan and any objections thereto and the trustee's motion to dismiss are:

    __X__ (a) CONTINUED to _2/28/2019_ at ___9:30___ **a.m.**

    _____ (b) **CONTINUED** to the same date and time as any hearing on the modified plan to be filed as required in paragraph 6 below.

2. _____     This continuance is conditioned upon the debtor(s) keeping their plan payments current. Failure to do so results in dismissal on the continued hearing date or automatic dismissal without further notice or hearing twenty (20) days after the trustee's certification unless the debtor files a timely response to the certification.

3. __X____   The debtor(s) shall have until _2/28/2019__ to bring plan payments current, otherwise, the case will be dismissed at the continued hearing date or will be automatically dismissed twenty-one (21) days after the trustee's certification that plan payments are delinquent unless the debtor(s) timely file a response to the certification.

4. _____   The hearing on confirmation, and any objections thereto, and the trustee's motion to dismiss/convert are continued to _____ at **_10:00_** a.m. at which



time all the conditions marked with an "X" on the attached Exhibit A must have been accomplished or the debtor(s) shall appear at that time and show cause why the case should not be dismissed.

5. _____    Confirmation of the debtor(s)' existing Chapter 13 plan is **DENIED.**

6. \_\_X\_\_\_\_\_    Debtor(s) shall have until 1/15/2019 to file a modified plan. Upon failure to do so, or to request an extension of time prior to the due date for the modified plan, this case shall be dismissed without further notice or hearing, unless on or before the due date for the modified plan counsel files a certification that there is no need to file a modified plan.

Should a modified plan be timely filed, counsel shall serve it in accord with existing procedures and orders of this court; provided however, that no service shall be required as to any class of creditors not adversely affected by the amended plan, as certified in writing by counsel for the debtor(s) and endorsed as agreed by the trustee, which certification shall be filed with the Clerk no later than the date by which service of the modified plan is required to be made. In all cases of plan modification, service shall be made upon any creditor who has any pending objection to confirmation or a specific request for notice.

7. \_\_X\_\_\_\_\_    Counsel for the debtor shall submit a wage order or TFS to the court no later than 1/15/2019 or the debtor shall appear at the continued hearing date to show cause why no wage order or TFS should be entered.

8. _____    Should the trustee be prepared to recommend confirmation, she/he may submit a confirmation order for entry prior to the continued hearing provided there is no pending objection by a creditor to confirmation.

9. _____    Other provisions:

Debtor(s)' counsel shall serve a copy of this order upon the Chapter 13 trustee and all creditors or their counsel who have filed objections, a motion to dismiss or convert, or an unresolved motion for relief from the automatic stay.

***<b>END OF ORDER</b>***

We consent:

_/s/Herbert L. Beskin_____
Herbert L. Beskin, Chapter 13 Trustee
VSB # 15050
P.O. Box 2103, Charlottesville VA 22902
Tel: (434) 817-9913, ext. 121
E-mail: hbeskin@cvillech13.net

I ASK FOR THIS:

/s/ Janice Hansen
Janice Hansen
COX LAW GROUP
900 LAKESIDE DRIVE
LYNCHBURG VA 24501
Bar #: 66603
ecf@coxlawgroup.com
434-845-2600